Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED
2021 AUG -6 A 11: 23
U.S. DISTRICT COURT
N.D. OF ALABAMA

*Plaintiff,*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

Keith Lamar Petty

v.

Case No.: 5:21-CV-1077-LCB
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes ☐ No

EFP LLC

*Defendant(s),*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.   The Parties to This Complaint**

   **A.   The Plaintiff**

   Name: Keith Petty
   Street Address: 1602 Brookridge Ave Apt 503
   City and County: Decatur / Morgan County
   State and Zip Code: AL 35603
   Telephone Number: 256-345-3744
   E-mail Address (if known): Pettykeith223@gmail.com

   ☐   Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

7-6-2021
**Date**

*[signature]*
**Participant Signature**

Page 1 of 7

II. **Basis for Jurisdiction**

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: E F P LLC
- Job or Title *(if known)*: packaging company
- Street Address: 1102 Brooks st
- City and County: Decatur / morgan county
- State and Zip Code: AL 35603
- Telephone Number: 256-353-0476
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.** **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | EFP LLC |
| Street Address | 1102 Brooks St |
| City and County | Decatur / Morgan county |
| State and Zip Code | AL 35603 |
| Telephone Number | 256-353-0478 |

**II.** **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

Relevant state law *(specify, if known)*:

Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me
☐ Termination of my employment
☐ Failure to promote me
☐ Failure to accommodate my disability
☐ Unequal terms and conditions of my employment
☒ Retaliation
☒ Other acts *(specify)*: Racial slurs

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s): September 2019 - November 16 2020

C. I believe that defendant(s) (check one):

☑ is/are still committing these acts against me

☐ is/are not still committing these acts against me

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

☑ race
☑ color
☐ gender/sex
☐ religion
☐ national origin
☐ age (year of birth)
(only when asserting a claim of age discrimination)
☐ disability or perceived disability (specify disability) _____

I was told by Levi Reeves he was surprised I knew my father because "most black people dont" I was called such names as ceasar on planet of the apes, and he then began to act like a monkey

E. The facts of my case are as follows. Attach additional pages if needed. _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _April 22 2021_

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter

☑ issued a Notice of Right to Sue letter, which I received on *(date)*: _April 26 2021_

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed

☐ less than 60 days have elapsed

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_I'm not allowed to make my time up like others. I'm rushed out the plant to insure I dont get any but other are asked to stay over. Since I filed the charge some of the HR staff has been completly rud along with constant negitivity from my supor visor + some senior employees. HR knows what day I have to miss but we only have been scheduled Saturdays when I've missed_

Page 6 of 7

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _[signature]_

Signature of Plaintiff: _[signature]_

Printed Name of Plaintiff: _Keith Petty_

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

EEOC Form 161 (11/2020)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Keith L. Petty
505 20th Street North
Suite 1650
Birmingham, AL 35203

From: Birmingham District Office
Ridge Park Place
1130 22nd Street South
Birmingham, AL 35205

RECEIVED
APR 26 2021

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2021-00457 | ALICIA E. MARTIN-SCHUTZ, Investigator | (205) 651-7054 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

SHERI GUENSTER Digitally signed by SHERI GUENSTER
Date: 2021.04.19 10:35:15 -05'00' / for

BRADLEY A. ANDERSON,
District Director

APR 2 2 2021

*(Date Issued)*

Enclosures(s)

cc: EFP CORPORATION
c/o Richard Lehr
Lehr Middlebrooks Vreeland & Thompson
P.O Box 11945
Birmingham, AL 35202

Casey J. King, Esq.
WRADY MICHEL & KING
505 20th Street North
Suite 1650
Birmingham, AL 35203

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS  --  Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued*** to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS  --  Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION  --  Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

DocuSign Envelope ID: AC85F27D-7AFE-4913-8C1E-25E4557282F5

4Received by EEOC on 02/17/2021 420-2021-00457

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Keith Petty | | 8/4/1993 |

| Street Address | City, State and ZIP Code |
|---|---|
| 505 20th Street North, Suite 1650 | Birmingham, AL 35203 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| EFP, LLC | 500+ | (574) 295-4690 |

| Street Address | City, State and ZIP Code |
|---|---|
| 223 Middleton Run Road | Elkhart, IN 46516 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am an African American male currently employed by the above-named Respondent. I was hired by Respondent in or around September of 2019 to work in Electrical Maintenance at its Decatur, Alabama location.

For the entirety of my employment with Respondent I have been persistently subjected to harassment and racial slurs from a Caucasian co-worker, Mr. Levi Reeves. Mr. Reeves is employed as a Processing Engineer by Respondent. On numerous occasions Mr. Reeves has called me "coon", "monkey", and other offensive racial slurs. On a specific occasion, Mr. Reeves called me "Caesar", in reference to an ape character featured in the movie "Planet of the Apes". On another occasion Mr. Reeves joked that I likely didn't know my father because I am black. I quietly endured Mr. Reeves's harassment for months because I feared retaliation if I were to report it.

However, on or about, November 16, 2020, finding myself unwilling to endure further harassment, I contacted Respondent's Regional Manager, Mr. Steve Johnston, and reported the ongoing harassment. The following Monday, on or about November 23, 2020, I was summoned to a meeting with Respondent's Human Resources ("HR") representative, Ms. Melanie Wilkerson. I similarly notified Ms. Wilkerson of the harassment. Ms.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/17/2021       *DocuSigned by:* [signature]  DEB97EE3AC4B433<br>Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

DocuSign Envelope ID: AC85F27D-7AFE-4913-8C1E-25E4557282F5                    Received by EEOC on 02/17/2021

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

_____ and EEOC
State or local Agency, if any

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

Wilkerson's response was very dismissive. She gave no indication that any substantive investigatory or remedial action would be taken. Instead, she stated that she had "known Levi for a long time" and that he was "probably joking".

To date, I am still required to interact with Mr. Reeves in the performance of my job duties. Furthermore, I have been subjected to threats from other employees on behalf of Mr. Reeves since submitting my complaints with Mr. Johnston and Ms. Wilkerson. More specifically, a Machinist named Chris (LNU), who is well known to be close friends with Mr. Reeves, recently threatened that if he ever caught me without my hard hat, or not locking out, that he would take a picture, provide it to HR, and get me fired.

At this point, in addition to the continued racial harassment, I believe I am being targeted, and my employment is being directly threatened, in retaliation for notifying Respondent of the race-based harassment to which I am being subjected. As such, based on the forgoing, I believe I have been, and continue to be, subjected to discrimination and a hostile work environment because of my race, African American, in violation of Title VII of the Civil Rights Act of 1964, and to retaliation for opposing conduct prohibited by the same.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/17/2021<br>DocuSigned by: *[signature]* DE897FF3AC4B433...<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)