# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **KEITH LAMAR PETTY.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:21-cv-1077-LCB |
| | ) |
| **EFP LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court entered an order that **DENIED** the Motion for Leave to Proceed In Forma Pauperis filed by Plaintiff, Keith Lamar Petty, on December 10, 2021. (Doc. 5). The Plaintiff had until December 27, 2021 to pay the filing fee or this action would be dismissed. As of today's date, the filing fee has not been paid. It is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this January 11, 2022.

LILES C. BURKE
U.S. DISTRICT JUDGE